WESTBURY ELECTRONIC CORP., Respondent, v. ANGLO-AMERICAN TOTALISATOR COMPANY, INC., et al., Appellants.

684

Ughetta, Acting P. J., Christ, Brennan, Hopkins and Nolan, JJ., concur.